UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
June 29, 2021
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ELAN EFRAIM MOSHE,<br><br>Defendant. | Case No. 2:21-mj-00104-CKD<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  ELAN EFRAIM MOSHE ,

Case No.  2:21-mj-00104-CKD  Charge 21 USC § 841(a)(1) , from custody for the following reasons:

_____   Release on Personal Recognizance

_____   Bail Posted in the Sum of $ _____

___X___   Unsecured Appearance Bond $  50,000

_____   Appearance Bond with 10% Deposit

_____   Appearance Bond with Surety

_____   Corporate Surety Bail Bond

_____   (Other):

Issued at Sacramento, California on June 29, 2021 at 2:25 PM.

By:  /s/ Allison Claire

Magistrate Judge Allison Claire