RECEIVED
U.S. MARSHALS SERVICE
EASTERN CALIFORNIA

# UNITED STATES DISTRICT COURT

2021 JUN 28 AM 9:23

for the

Eastern District of California

United States of America
v.

Elan Efraim MOSHE

*Defendant*

Case No. 2:21-mj-0104 CKD

UN-SEALED

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Elan Efraim MOSHE                    ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:
21 U.S.C. Section 841(a)(1) – Possession with intent to distribute LSD

FILED
JUL 21 2021
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

Date: June 25, 2021 at 3:32 pm

*Issuing officer's signature*

City and state:   Sacramento, California            Carolyn K. Delaney, United States Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 6/25/2021, and the person was arrested on *(date)* 6/28/2021
at *(city and state)* Oakland, CA.

Date: 6/29/2021

*Arresting officer's signature* for DEA

_____, United States Magistrate Judge
*Printed name and title*