Philip Cozens, State Bar Number 84051
Attorney at Law
Cohen Defense Group
1515 Lincoln Way
Auburn, CA   95603

Telephone: (530) 823-7700

Email: philipcozens@cohendefense.com

Attorney for Defendant Elon Moshe

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:21-cr-00212 TLN |
| | ) | |
| Plaintiff, | ) | STIPULATION TO CONTINUE |
| | ) | STATUS CONFERENCE HEARING |
| v. | ) | |
| | ) | |
| ELON MOSHE, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

It is stipulated between the United States Attorney's Office for the Eastern District of California by Assistant United States Attorney Cameron Desmond Esq. and Defendant Elon Moshe through his attorney Philip Cozens, Esq. that:

The Status Conference Hearing currently scheduled for January 13, 2022 at 9:30 a.m. in Judge Nunley's Court be re-scheduled for February 10, 2022 at 9:30 a.m. in Judge Nunley's Court.  The stipulated continuance is necessary because Defendant Elon Moshe's attorney requires additional time to review the police reports in this matter.

Time should be excluded for defense attorney preparation pursuant to Local Code T4 and the ends of justice outweigh the Defendant's and the public's interest in a speedy trial.  Time

should be excluded from speedy trial calculations from January 13, 2022 through and including February 10, 2022.

It is so stipulated.

Dated: January 11, 2022             /s/ Cameron Desmond Esq.
                                    Cameron Desmond Esq.
                                    Assistant United States Attorney
                                    Eastern District of California


                                    /s/ Philip Cozens
                                    Philip Cozens
                                    Attorney for Defendant
                                    Elon Moshe

**ORDER**

The court, having read and considered the above-stipulation and finding good cause therefore, orders that the Status Conference Hearing currently scheduled for January 13, 2022 at 9:30 a.m. in Judge Nunley's Court be re-scheduled for February 10, 2022 at 9:30 a.m. in Judge Nunley's Court. Time is excluded for defense attorney preparation pursuant to Local Code T4 and the court finds the ends of justice outweigh the Defendant's and the public's interest in a speedy trial. Time will be excluded from speedy trial calculations from January 13, 2022 through and including February 10, 2022.

Dated: January 11, 2022

                                    _____
                                    Troy L. Nunley
                                    United States District Judge