PHILLIP A. TALBERT
United States Attorney
CAMERON L. DESMOND
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ELAN MOSHE,<br><br>Defendant. | CASE NO. 2:21-CR-00212-TLN<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: April 28, 2022<br>TIME: 9:30 a.m.<br>COURT: Hon. Troy L. Nunley |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By this stipulation, defendant now moves to continue the status conference until May 26, 2022, at 9:30 a.m., and to exclude time between April 28, 2022, and May 26, 2022, under Local Code T4.

2. The parties agree and stipulate, and request that the Court find the following:

    a) The government has represented that the discovery associated with this case includes multiple reports.

    b) Counsel for defendant desires additional time to research sentencing guidelines issues, discuss trial strategy and resolution options with his client, conduct independent factual investigation, and otherwise prepare for trial.

///

      c)      Counsel for defendant has state trials scheduled for May 2, May 9, and May 16, 2022, which has impacted his ability to review evidence and prepare for trial in this case.

      d)      Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

      e)      The government does not object to the continuance.

      f)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

      g)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of April 28, 2022 to May 26, 2022, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

**[CONTINUED ON NEXT PAGE]**

3. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  April 26, 2022                    PHILLIP A. TALBERT
                                          United States Attorney

                                          /s/ CAMERON L. DESMOND
                                          CAMERON L. DESMOND
                                          Assistant United States Attorney

Dated:  April 26, 2022                    /s/ Phil Cozens
                                          Phil Cozens
                                          Counsel for Defendant
                                          ELAN MOSHE

## FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED this 26th day of April, 2022.

                                          Troy L. Nunley
                                          United States District Judge