PHILLIP A. TALBERT
United States Attorney
CAMERON L. DESMOND
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:21-CR-00212-TLN |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| ELAN MOSHE, | DATE: August 11, 2022 |
| Defendant. | TIME: 9:30 a.m.<br>COURT: Hon. Troy L. Nunley |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By this stipulation, defendant now moves to continue the status conference until August 25, 2022 at 9:30 a.m., set the case for a change of plea on that date, and to exclude time between August 11, 2022, and August 25, 2022, under Local Code T4.

2. The parties agree and stipulate, and request that the Court find the following:

   a) The government has represented that the discovery associated with this case includes multiple reports and has been produced to the defendant.

   b) Counsel for defendant desires additional time to research sentencing guidelines issues and potential exposure, conduct independent factual investigation, and otherwise prepare for trial.

    c) Counsel for defendant has been caught up in multiple state hearings and trials, which has impacted his ability to review evidence and prepare for trial in this case. He is in trial the week of August 8, 2022, including on August 11, 2022.

    d) Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

    e) The government does not object to the continuance.

    f) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

    g) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of August 11, 2022 to August 25, 2022, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

3. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: August 9, 2022          PHILLIP A. TALBERT
                    United States Attorney

                    /s/ CAMERON L. DESMOND
                    CAMERON L. DESMOND
                    Assistant United States Attorney

Dated: August 9, 2022           /s/ Phillip Cozens
                    Phillip Cozens
                    Counsel for Defendant
                    ELAN MOSHE

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 10th day, August 2022

_____
Troy L. Nunley
United States District Judge