Philip Cozens, State Bar Number 84051
Attorney at Law
1007 Seventh Street, Suite 208
Sacramento, CA   95814

Telephone: (916) 443-1504

Email: pcozens@aol.com

Attorney for Defendant Elan Moshe

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,         ) | Case No. 2:21-CR-00212 |
| ) | |
| Plaintiff,         ) | STIPULATION AND ORDER TO |
| ) | CONTINUE SENTENCING |
| v.         ) | |
| ) | |
| ELAN MOSHE,         ) | |
| ) | |
| Defendant.         ) | |
| _____) | |

    It is stipulated between the United States Attorney's Office for the Eastern District of California by Assistant United States Attorney Cameron Desmond, Esq. and Defendant Elan Moshe through his attorney Philip Cozens, Esq. that:

    The Sentencing Hearing currently scheduled for March 2, 2023 at 9:30 a.m. in Judge Nunley's Court be re-scheduled for March 9, 2023 at 9:30 a.m. in Judge Nunley's Court.  The stipulated continuance is necessary because Defendant Elan Moshe's attorney requires additional time to file his objections to the probation report and recommendation in this matter.

    Time should be excluded for defense attorney preparation pursuant to Local Code T4 and the ends of justice outweigh the Defendant's and the public's interest in a speedy trial.  Time should be excluded from speedy trial calculations from March 2, 2023 through and including March 9, 2023.

STIPULATION TO CONTINUE SENTENCING HEARING  -1-

It is so stipulated.

Dated: February 24, 2023 /s/ Cameron Desmond, Esq.
Cameron Desmond, Esq.
Assistant United States Attorney
Eastern District of California

/s/ Philip Cozens
Philip Cozens
Attorney for Defendant
Elan Moshe

**ORDER**

The court, having read and considered the above-stipulation and finding good cause therefore, orders that the Sentencing Hearing currently scheduled for March 2, 2023 at 9:30 a.m. in Judge Nunley's Court be re-scheduled for **March 9, 2023 at 9:30 a.m.** in Judge Nunley's Court.  Time is excluded for defense attorney preparation pursuant to Local Code T4 and the court finds the ends of justice outweigh the Defendant's and the public's interest in a speedy trial.  Time will be excluded from speedy trial calculations from March 2, 2023 through and including March 9, 2023.

Dated: February 27, 2023

Troy L. Nunley
United States District Judge