Philip Cozens, State Bar Number 84051
Attorney at Law
1007 Seventh Street, Suite 208
Sacramento, CA   95814

Telephone: (916) 443-1504

Email: pcozens@aol.com

Attorney for Defendant Elan Moshe

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 2:21-CR-00212-TLN |
|---|---|---|
| Plaintiff, | ) | |
| | ) | STIPULATION TO DELETE THE |
| | ) | TERM OF ATTENDANCE AT BETTER |
| v. | ) | CHOICES COURT FROM TERMS OF |
| | ) | PRE-TRIAL RELEASE |
| | ) | |
| ELAN MOSHE, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

    It is stipulated between the United States Attorney's Office for the Eastern District of California by Assistant United States Attorney Cameron Desmond, Esq. and Defendant Elan Moshe through his attorney Philip Cozens, Esq. that:

    Defendant Elon Moshe will no longer attend the Better Choices Court on Tuesday in the United States Magistrate's Court presided by Magistrate Barnes and that the pre-trial release condition that required Defendant to attend such court session is stricken from the terms of Defendant Moshe's Pre-Trial Release.

STIPULATION and ORDER                    -1-

It is so stipulated.

Dated: March 14, 2023      /s/ Cameron Desmond, Esq.
                            Cameron Desmond, Esq.
                            Assistant United States Attorney
                            Eastern District of California


                            /s/ Philip Cozens
                            Philip Cozens
                            Attorney for Defendant
                            Elan Moshe

### ORDER

The court, having read and considered the above-stipulation and finding good cause therefore, orders that Defendant Moshe not attend Better Choices Court and the term of Defendant Moshe's pre-trial release requiring Defendant Moshe's attendance at Better Choices Court is stricken from the terms of Defendant Moshe's pre-trial release.

Dated:  March 21, 2023

                            _____
                            Troy L. Nunley
                            United States District Judge

STIPULATION and ORDER      -2-