AO 247 (Rev. 03/19) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)     Page 1 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
## for the

EASTERN District of CALIFORNIA

| | |
|---|---|
| United States of America | )  |
| v. | ) Case No: 2:21CR00212-TLN-1 |
| ELAN MOSHE | ) |
| | ) USM No: 52811-509 |
| Date of Original Judgment:    03/09/2023 | ) |
| Date of Previous Amended Judgment: | ) David Porter, Assistant Federal Defender |
| *(Use Date of Last Amended Judgment if Any)* | *Defendant's Attorney* |

# ORDER REGARDING MOTION FOR SENTENCE REDUCTION
# PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

☐ DENIED. ☒ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of    24    months **is reduced to**    20 months    .

*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated    03/21/2023    shall remain in effect.
**IT IS SO ORDERED**.

Order Date:    02/13/2024

*Judge's signature*

Effective Date:    10 days from the date of this Judgment

Troy L. Nunley, United States District Judge

*(if different from order date)*      *Printed name and title*