AO 247 (Rev. 03/19) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)   Page 1 of 2 (Page 2 Not for Public Disclosure)

Case 2:21-cr-00212-TLN   Document 93   Filed 02/13/24   Page 1 of 1

# UNITED STATES DISTRICT COURT
для the

EASTERN District of CALIFORNIA

United States of America
v.
ELAN MOSHE

Case No: 2:21CR00212-TLN-1

USM No: 52811-509

Date of Original Judgment: 03/09/2023
Date of Previous Amended Judgment:
*(Use Date of Last Amended Judgment if Any)*

David Porter, Assistant Federal Defender
*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☒ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of 24 months **is reduced to** 20 months.

*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated 03/21/2023 shall remain in effect.
**IT IS SO ORDERED**.

Order Date: 02/13/2024

*Judge's signature*

Effective Date: Up to 10 days from the date of this Judgment
*(if different from order date)*

Troy L. Nunley, United States District Judge
*Printed name and title*